# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

KELLY A. ZUELKE

v.

AA RECOVERY SOLUTIONS, INC., et al

Case No. 2:19-cv-74
Hon. Janet T. Neff

TO: AA RECOVERY SOLUTIONS, INC.
ADDRESS: c/o Registered Agent
CSC-Lawyers Incorporating Service (Company)
601 Abbot Road
east Lansing, MI  48823

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Nathan Charles Volheim
Sulaiman Law Group, Ltd.
2500 S Highland Ave., Ste. 200
Lombard, IL 60148

CLERK OF COURT



By: Deputy Clerk          April 01, 2019
                          Date

---

## PROOF OF SERVICE

This summons for __AA RECOVERY SOLUTIONS, INC.__ was received by me on _____.
(name of individual and title, if any)                                   (date)

☐ I personally served the summons on the individual at _____
on _____.                                         (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)         (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                              Server's signature

Additional information regarding attempted service, etc.:
                              Server's printed name and title

                              Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

KELLY A. ZUELKE

v.

AA RECOVERY SOLUTIONS, INC., et al

Case No. 2:19-cv-74
Hon. Janet T. Neff

TO: Payment Management Services USA, LLC
ADDRESS: c/o Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York, 14202

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Nathan Charles Volheim
Sulaiman Law Group, Ltd.
2500 S Highland Ave., Ste. 200
Lombard, IL 60148

CLERK OF COURT

By: Deputy Clerk

Date: April 01, 2019

## PROOF OF SERVICE

This summons for ___Payment Management Services USA, LLC___ was received by me on _____.
(name of individual and title, if any)          (date)

☐ I personally served the summons on the individual at _____
on _____.                                                 (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                             (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)         (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address