UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KELLY A. ZUELKE,

    Plaintiff,

v.

AA RECOVERY SOLUTIONS, INC., et al.,

    Defendants.
_____/

Hon. Janet T. Neff

Case No. 2:19-cv-74

## **ENTRY OF DEFAULT**

It appearing from the files and records that affidavit for default has been duly filed and that defendants AA Recovery Solutions, Inc., and Payment Management Services USA, LLC failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

NOW THEREFORE, on affidavit of counsel for plaintiff and in accordance with the rules of this court, default is hereby entered against defendants AA Recovery Solutions, Inc., and Payment Management Services USA, LLC according to Rule 55(a) of the Federal Rules of Civil Procedure.

CLERK OF COURT

/s/ Michele

Date:  May 1, 2019

By: Deputy Clerk