UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KELLY A. ZUELKE,

    Plaintiff,

v.

Case No. 2:19-cv-74

HON. JANET T. NEFF

AA RECOVERY SOLUTIONS, INC. and
PAYMENT MANAGEMENT SERVICES
USA, LLC,

    Defendants.
_____/

# ORDER

This is a civil action. Plaintiff filed a Motion for default judgment against Defendants (ECF No. 9). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 28, 2019, recommending that the Court enter default judgment in favor of Plaintiff in the amount $6,144.70, which consists of attorney's fees and costs totaling $4,144.70, for which Defendants are jointly and severally liable, and statutory damages of $1,000.00 per defendant. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 12) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for default judgment against Defendants (ECF No. 9) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.


Dated: July 15, 2019   /s/ Janet T. Neff
JANET T. NEFF
United States District Judge